1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

12

UNITED STATES OF AMERICA,

13

                    Plaintiff,

No. CR-00-2027-EFS

14

        v.

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING INDICTMENT**

15

16

ENRIQUE TORREZ MEZA, aka Juan Gabriel Hernandez,

17

                    Defendant.

18

    Before the Court is the Government's Motion to Dismiss Indictment

19

and Quash Arrest Warrant (Ct. Rec. 3), filed May 6, 2010. After review,

20

leave of Court is given to dismiss the Indictment (Ct. Rec. 1) and quash

21

the arrest warrant; the Court, however, makes no judgment as to the

22

merit or wisdom of this dismissal.

23

    Accordingly, **IT IS HEREBY ORDERED**:

24

    1.  The Government's Motion for Order Dismissing the Indictment

25

**(Ct. Rec. 3)** is **GRANTED**.

26

ORDER - 1

2.   The Indictment **(Ct. Rec. 1)** shall be **DISMISSED WITHOUT PREJUDICE.**

3.   The Arrest Warrant in this matter is **QUASHED.**

4.   All pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the United States Marshals.

DATED this ____17th____ day of May 2010.


_____s/ Edward F. Shea_____
EDWARD F. SHEA
United States District Judge

Q:\Criminal\2000\2027.dism.frm

ORDER – 2